## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| IN RE: | ) | Case No. 03-08170 |
|---|---|---|
|  | ) | Chapter 7 |
| G & B Industrial Business | ) |  |
| Equipment | ) |  |
| Debtor | ) | Hon. Judge Squires |
|  | ) |  |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Horace Fox, Jr., as trustee for the estate of G & B Industrial Business , and pursuant to the Final Report that he filed in this case, previously issued payment to SMC C/O Carson Pirie Scott, as appears below, pursuant to 11 U.S.C. 726. Those funds are unclaimed. Accordingly, Horace Fox, Jr., as the Trustee, will deposit those funds to the Clerk of the Bankruptcy court, 219 South Dearborn Street, Chicago, Il 60604. Notice of the forgoing is provided to you in this document.

| Claimant | Check # | Check Amount |
|---|---|---|
| Office Furnishings | 2014 | 110.36 |

Date:  11/30/2009            Signature: /s/ Horace Fox, Jr.

Horace Fox, Jr.
Lehman and Fox
6 East Monroe, Suite 1004
Chicago, IL 60603
#856282