# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINIOS EASTERN DIVISION

IN RE:                                    )    Case No. **03-08170**
                                          )    Chapter 7
G and B Industrial Business Equipment )
    Debtors.                          )    Hon. Wedoff

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

    Horace Fox, Jr., as trustee for the estate of G and B Industrial Business Equipment, and pursuant to the Final Report that he filed in this case, previously issued payment to Resale Paper as appears below, pursuant to 11 U.S.C. 726. Those funds are unclaimed. Accordingly, Horace Fox, Jr., as the Trustee, will deposit those funds with the Clerk of the Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604. Notice of the forgoing is provided to you in this document.

| **Claimant** | **Check #** | **Check Amount** |
|---|---|---|
| Resale Paper | 2011 | $374.89 |

Date: 12/7/2009                              Signature: /s/ Horace Fox Jr.

Horace Fox, Jr.
Lehman and Fox
6 East Monroe, Suite 1004
Chicago, IL 60603
312-332-5642
#856282

## **CERTIFICATE OF SERVICE**

     I, I Horace Fox, Jr. an attorney who is licensed to practice law in the State of Illinois certify that on October 27, 2009, I served the attached to Resale Paper Upon the parties listed below: the United States Trustee by electronic notice; and to the remaining party by enclosing a copy in an envelope which was addressed as appears below and which bore First Class postage, and delivering it to the United States Postmaster.


/s/ Horace Fox, Jr.


William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Resale Paper
200- A River Drive
North Reading, MA 01864